AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>"Target Person" as described in Affidavit of FBI SA<br>Jacquelyn Hamelryck Dated May 27, 2025 | )<br>)<br>)  Case No.  3:25-cr-00737<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to Affidavit of FBI SA Jacquelyn Hamelryck

located in the _____ District of ___South Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment C to Affidavit of FBI SA Jacquelyn Hamelryck

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) & 2251(e) | Conspiracy to Produce Child Pornography |
| 18 U.S.C. 2251(a) & 2251(e) | Production of Child Pornography |
| 2252A(a)(2) & 2252A(b)(1) | Distribution of Child Pornography |

The application is based on these facts:
See Affidavit of FBI SA Jacquelyn Hamelryck

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jacquelyn Hamelryck, FBI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference (FaceTime app) *(specify reliable electronic means)*.

Date: May 27, 2025

*Judge's signature*

City and state: Columbia, South Carolina            Honorable Paige J. Gossett, U.S. Magistrate Judge
*Printed name and title*