AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )       Case No. 3:25-cr-00737
"Target Premises" as described in Affidavit of FBI SA )
Jacquelyn Hamelryck Dated May 27, 2025 )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment B to Affidavit of FBI SA Jacquelyn Hamelryck

located in the _____ District of _____South Carolina_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment C to Affidavit of FBI SA Jacquelyn Hamelryck

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) & 2251(e) | Conspiracy to Produce Child Pornography |
| 18 U.S.C. 2251(a) & 2251(e) | Production of Child Pornography |
| 2252A(a)(2) & 2252A(b)(1) | Distribution of Child Pornography |

The application is based on these facts:
See Affidavit of FBI SA Jacquelyn Hamelryck

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jacquelyn Hamelryck, FBI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference (FaceTime app) *(specify reliable electronic means)*.

Date: May 27, 2025                                   _____
                                                      *Judge's signature*

City and state: Columbia, South Carolina             Honorable Paige J. Gossett, U.S. Magistrate Judge
                                                      *Printed name and title*